# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES N. BELSSNER, | Case No. 2:17-cv-02737-RFB-NJK |
| Plaintiff, | ORDER |
| v. | |
| LIN ZHOU, | |
| Defendant. | |

Before the Court is the Report and Recommendation of the Honorable Nancy J. Koppe. ECF No. 3. For the reasons discussed below, the Court adopts the Report and Recommendation in full.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. Id.; LR IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); LR IB 3-2(b).

Plaintiff Charles N. Belssner sued Defendant Lin Zhou in the Las Vegas Justice Court, alleging violations of Chapter 118 of the Nevada Revised Statutes ("NRS"). ECF No. 1-1. The Las Vegas Justice Court found in favor of Defendant on Plaintiff's claims. Id. Plaintiff then removed the matter to this Court for consideration. Id. In addition to seeking removal, Plaintiff also seeks to appeal the Las Vegas Justice Court's final order. Id.

Magistrate Judge Koppe issued a Report and Recommendation, recommending the matter be remanded to the Las Vegas Justice Court on two bases. ECF No. 3. First, a plaintiff cannot

remove his state court matter to federal court under Shamrock Oil & Gas Corp. v. Sheets, 313 U.S. 100, 107–08 (1941) and Progressive West Ins. Co. v. Preciado, 479 F.3d 1014, 1017 (9th Cir. 2007). Second, a federal district court does not have appellate jurisdiction over a state court decision as recognized by Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923) and Bianchi v. Rylaarsdam, 334 F.3d 895, 898 (9th Cir. 2003). Plaintiff objected to Judge Koppe's Report and Recommendation. ECF No. 4.

After conducting a de novo review of the matter and considering Judge Koppe's Report and Recommendation, the Court now adopts the Report and Recommendation in full. Plaintiff cannot remove his state court matter to this Court, because removal is available to defendants only. See Progressive West Ins. Co, 479 F.3d at 1017 (citing Shamrock for the principle that removal statutes entitle only defendants to remove a state court action to federal court). Further, Plaintiff cannot appeal the Las Vegas Justice Court's final order to this Court under the Rooker-Feldman doctrine. See Bianchi, 334 F.3d at 898 ("Rooker-Feldman is a powerful doctrine that prevents federal courts from second-guessing state court decisions by barring the lower federal courts from hearing de facto appeals from state-court judgments[.]").

**IT IS THEREFORE ORDERED** that Magistrate Judge Nancy Koppe's Report and Recommendation [3] is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Plaintiff Charles N. Belssner's Objections to the Report and Recommendation [4] are OVERRULED.

**IT IS FURTHER ORDERED** that the Clerk of the Court remand this matter to the Las Vegas Justice Court and close the case before this Court accordingly.

DATED: November 28, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**